UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JOHN DARRELL NORMAN, SR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD STROUD and E. GLADYS PRIVETTE, )<br>)<br>Defendants. ) | **JUDGMENT IN A**<br>**CIVIL CASE**<br>**CASE NO. 5:18-CT-3327-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court OVERRULES Norman's objections [D.E. 10], and ADOPTS the conclusions in the M&R [D.E. 9].

**This Judgment Filed and Entered on January 14, 2020, and Copies To:**

John Darrell Norman Sr.　　　　　　　　　　　　(Sent to Nash Correctional Institution via US Mail)

DATE:　　　　　　　　　　　　　　　　　　　　PETER A. MOORE, JR., CLERK

January 14, 2020　　　　　　　　　　　　　　(By) /s/ Nicole Sellers
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk